CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 3 0 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JO ANN A. COMER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:06CV00016 |
| | ) **ORDER** |
| PILGRIM'S PRIDE CORPORATION, | ) |
| | ) By: Hon. Glen E. Conrad |
| Defendant. | ) United States District Judge |

This case is before the court on the defendant's bill of costs. For the reasons stated in a memorandum opinion filed this day, it is hereby

**ORDERED**

that the award of costs is **DENIED**. Each side shall bear its own costs.

The Clerk is directed to send a certified copy of this order and the attached memorandum opinion to all counsel of record.

ENTER: This 30th day of July, 2007.

_____
United States District Judge